**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:05-cr-33-T-26MSS

JAMES DEAN KNIGHT
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Government's Motion for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Dkt. 166) is granted.

2) The sentence of 30 months imposed as to count one is reduced to 18 months.

3) All other terms and provisions of the Court's previous judgment (Dkt. 141) shall remain in full force and effect.

4) The Clerk is directed to enter an amended judgment in conformity with this order.

**DONE AND ORDERED** at Tampa, Florida, on February 1, 2007.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record